NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL CUMMINGS,                        )
                                         )
            Appellant,                   )
                                         )
v.                                       )            Case No. 2D19-957
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____ )

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Gilbert A. Smith,
Jr., Judge.

PER CURIAM.

            Affirmed.

KELLY, MORRIS, and BADALAMENTI, JJ., Concur.